

## U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

*Bernard J. Cooney*　　　　　*970 Broad Street, Suite 700*　　　　　*(973) 645-2700*
*Assistant United States Attorney*　　*Newark, New Jersey 07102*

*Via ECF*　　　　　　　　　　　　April 22, 2020

The Honorable Katharine S. Hayden
United States District Judge
District of New Jersey
Martin Luther King, Jr. U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

　　　　　Re:　*United States v. Anthony C. Curto, Jr.*, Crim. No. 19-932 (KSH)

Dear Judge Hayden:

　　　The United States respectfully submits this letter to confirm its submission of a sentencing letter to the Court on April 17, 2020, in this case.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　CRAIG CARPENITO
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　/s/ Bernard J. Cooney
　　　　　　　　　　　　BY:　　BERNARD J. COONEY
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

cc:　　Stacy Ann Biancamano, Esq. (via ECF)