**UNITED STATED DISTRICT COURT DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                        **DATE:** April 23, 2020
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**                               **DOCKET #19-cr-932**
UNITED STATES OF AMERICA

        vs.
ANTHONY CURTO, JR.

        **DEFT. PRESENT**

**APPEARANCES:**
Bernard Cooney, AUSA for Government
Stacy Biancamano, CJA, for Defendant
Dan Holzapfel, co-counsel for Defendant
Joanne Young, USPO
John Mailley, IRS Criminal Investigations for the Government

**Nature of Proceedings**: ZOOM SENTENCING
Defendant present via Zoom
Probation: 1 ½ years on each of counts 1 and 2, both such terms to run concurrently. The first six months will be served by way of home confinement.

Special Conditions:
1. Drug testing/treatment
2. Mental health counseling
3. New debt
4. Financial disclosure
5. Self-employment
6. Cooperation w/IRS
7. 6 months location monitoring (payment waived).

Special Assessment: $200 due immediately.
Interest waived.
Defendant advised of his right to appeal.
Defendant consents to signing IRS waiver forms for the 2012 and 2013 tax periods.
Bail continued.

Restitution: $175,026 due immediately, interest waived. Defendant is to pay monthly installments of no less than $300.00 to begin (30) days from the date of sentencing.

**Time Commenced: 10:45 AM**
**Time Adjourned:   11:50 AM**

<u>Christine Melillo, Courtroom Deputy</u>
0to the Honorable Katharine S. Hayden, U.S.D.J.