PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Anthony Curto, Jr  Cr.: 19-00932-001
PACTS #: 6337741

Name of Sentencing Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
  SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/23/2020

Original Offense:   Count One: Filing a False Tax Return, 26 U.S.C. § 7206(1)
  Count Two: Filing a False Tax Return, 26 U.S.C. § 7206(1)

Original Sentence: 18 months' probation

Special Conditions: $100 - Special Assessment, $175,026 – Restitution, Location Monitoring Program (satisfied), Drug Testing and Treatment, Financial Disclosure, Internal Revenue Service – Cooperation, Mental Health Treatment, New Debt Restrictions, and Self-Employment/Business Disclosure.

Type of Supervision: Probation      Date Supervision Commenced: 04/23/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failed to Satisfy Restitution |

**U.S. Probation Officer Action:**

Throughout his term of supervised release, Curto Jr. has paid $4,900.00 towards his restitution. His supervision is due to expire on October 22, 2021, with an outstanding restitution balance of $170,126. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of his earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Prob 12A – page 2
Anthony Curto, Jr

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
Supervising U.S. Probation Officer

PREPARED BY:

*Brendan G. Murillo*     9/27/2021
BRENDAN G. MURILLO     Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Allow Supervision to Expire as Scheduled on October 22, 2021 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

s/Katharine S. Hayden
Signature of Judicial Officer

9/27/2021
Date